UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATHENA DIAGNOSTICS, INC.,<br>THE UNIVERSITY OF CHICAGO and<br>CORRELAGEN DIAGNOSTICS, INC.,<br><br>                Plaintiffs,<br><br>     v.<br><br>AMBRY GENETICS CORPORATION,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)  Civil No. 4:09-cv-40200-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

**LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT**

Plaintiff The University of Chicago states that it is a not-for-profit corporation and that no publicly held company owns any of its stock.

                                               THE UNIVERSITY OF CHICAGO,

                                               By its attorneys,

                                                 /s/ David J. Brody
                                            David J. Brody (BBO No. 058200)
                                            david.brody@hbsr.com
                                            Deirdre E. Sanders (BBO No. 630404)
                                            deirdre.sanders@hbsr.com
                                            Christine M. Wise (BBO No. 657324)
                                            christine.wise@hbsr.com
                                            Hamilton, Brook, Smith & Reynolds, P.C.
                                            530 Virginia Road
                                            P.O. Box 9133
                                            Concord, Massachusetts  01742-9133
                                            Telephone:  (978) 341-0036
                                            Facsimile:   (978) 341-0136

Dated:  March 19, 2010

**CERTIFICATE OF SERVICE**

  I, David J. Brody hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 19, 2010.

           /s/ David J. Brody
           David J. Brody