UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATHENA DIAGNOSTICS, INC.,<br>THE UNIVERSITY OF CHICAGO and<br>CORRELAGEN DIAGNOSTICS, INC.,<br>      Plaintiffs,<br><br>    v.<br><br>AMBRY GENETICS CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Civil No. 4:09-cv-40200-FDS<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF ATHENA DIAGNOSTICS, INC.'S CERTIFICATION
<u>UNDER LOCAL RULE 16.1(d)(3)</u>**

  Plaintiff Athena Diagnostics, Inc. and its undersigned counsel certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


  /s/ Jeffrey N. Weisberg
Jeffrey N. Weisberg, Vice President and
General Manager
Athena Diagnostics, Inc.

  /s/ David J. Brody
David J. Brody (BBO No. 058200)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road, P.O. Box 9133
Concord, Massachusetts 01742
Tel.: (978) 341-0036
Fax: (978) 341-0136
E-Mail: david.brody@hbsr.com

Attorney for Plaintiff Athena Diagnostics, Inc.

April 1, 2010

**CERTIFICATE OF SERVICE**

    I, David J. Brody, hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 1, 2010.

                                        /s/ David J. Brody
                                        David J. Brody

970570_1